UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MIGUEL GONZALEZ LEAL (A-221-486-606),

Petitioner,

v.

U.S. ATTORNEY GENERAL, et al.,

Respondents.

No.  1:26-cv-2955 DAD CSK

ORDER

Petitioner, an immigration detainee proceeding without counsel, filed a petition for writ of habeas corpus under 28 U.S.C. § 2241.  (ECF No. 1.)  Petitioner did not pay the court's $5.00 filing fee or file a request to proceed in forma pauperis.  Petitioner is granted 10 days to either pay the filing fee or file an application to proceed in forma pauperis under 28 U.S.C. § 1915.

Respondents filed an opposition to the petition.  (ECF No. 4.)  Petitioner's reply to respondents' opposition, if any, is due within ten days of the date of this order.

In accordance with the above, IT IS HEREBY ORDERED that:

1.  Petitioner Miguel Gonzalez Leal (A-221-486-606) is granted 10 days to either pay the court's filing fee or file an application to proceed in forma pauperis.

2.  Petitioner's reply to respondents' opposition, if any, is due within 10 days of the date of this order.

1

3. The Clerk of the Court shall send petitioner an application to proceed in forma pauperis.

4. Each party proceeding without counsel shall keep the court informed of the current address at all times while the action is pending.  Any change of address must be reported promptly to the court in a separate document captioned for this case and entitled "Notice of Change of Address."  A notice of change of address must be properly served on other parties.  Service of documents at the address of record for a party is fully effective.  L.R. 182(f).

Dated:  April 24, 2026

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Leal2955.100.imm/2

2